Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| **EL PUEBLO DE PUERTO RICO** Parte apelada v. **LUIS A. MARTINEZ PINO** Parte apelante | KLAN202300534 | **APELACION** Procedente del Tribunal de Primera Instancia, Sala de **Bayamón** Criminal Núm.: **DVI2021G0009 (706)** Sobre: **Tent. Art. 93 del C.P.** |
| --- | --- | --- |

Panel integrado por su presidenta el juez Bermúdez Torres, el juez Monge Gómez y el juez Pérez Ocasio[1]

Pérez Ocasio, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 18 de marzo de 2024.

A la *"Moción Solicitando Desistimiento"*, presentada el 13 de marzo de 2024 por la parte apelante, se declara **CON LUGAR** a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A), por lo que se ordena el archivo definitivo de esta causa.

Por consiguiente, se ordena a la Secretaria del Tribunal de Apelaciones a dejar sin efecto la preparación de una transcripción de prueba oral desfilada durante el juicio de este caso.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones

---

[1] Véase Orden Administrativa OATA-2023-131 del 14 de julio de 2023, donde se designa al Juez Alberto Luis Pérez Ocasio en sustitución de la Jueza Romero García.

Número Identificador
SEN2024_____